UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY JACOB RHODES,

      Plaintiff,

Case No. 11-14909

Honorable John Corbett O'Meara

v.

CITY OF SOUTHFIELD, *et. al.*,

      Defendants.

_____/

## ORDER OF PARTIAL DISMISSAL

Plaintiff Tony Jacob Rhodes filed a *pro se*, seven-count complaint in this court alleging the following causes of action: Count I, violations of 42 U.S.C. § 1983; Count II, violations of the Michigan Constitution; Count III, violations of the 42 U.S.C. § 1983; Count IV, violations of the Michigan Constitution; Count V, false imprisonment; Count VI, malicious prosecution; and Count VII, violations of 42 U.S.C. § 1983.

Although Plaintiff's causes of action arising under federal statutes are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994). Accordingly, it is hereby **ORDERED** that Counts II, IV, V, and VI are **DISMISSED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  June 7, 2012

    I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, June 7, 2012, using first-class U.S. mail.

                                                           s/William Barkholz  
                                                           Case Manager