UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY JACOB RHODES,

   Plaintiff,

Case No. 11-14909

Honorable John Corbett O'Meara

v.

CITY OF SOUTHFIELD, *et. al.*,

   Defendants.
                /

## ORDER DENYING APPOINTMENT OF COUNSEL

  Plaintiff Tony Jacob Rhodes filed an Application for Appointment of Counsel in this matter. In his *pro se* complaint, Plaintiff alleges Defendants violated his civil rights.

  The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985). In reviewing Plaintiff's application, the court finds no exceptional circumstances for the appointment of counsel.

  Accordingly, it is hereby **ORDERED** that Plaintiff's Application for Appointment of Counsel is **DENIED.**

                s/John Corbett O'Meara
                United States District Judge

Date:  June 7, 2012

    I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, June 7, 2012, using first-class U.S. mail.

                                                   s/William Barkholz
                                                   Case Manager